IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAY SHEET METAL COMPANY;
EDWARDS METALS, INC.;
KETCHER & COMPANY, INC.; and
HSI, INC. D/B/A HARVEY SHEET METAL, INC.                                    PLAINTIFFS


v.                                       Case No. 4:20-cv-00695-KGB

INTERNATIONAL ASSOCIATION
OF SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS (SMART)
LOCAL UNION NO. 36-L, AFL-CIO                                              DEFENDANT

## ORDER

Pending before the Court are motions for preliminary injunction and motions to shorten time to respond filed by plaintiffs Bray Sheet Metal Company ("Bray"), Edwards Metals, Inc. ("Edwards"), Ketcher & Company, Inc. ("Ketcher"), and HIS, Inc. d/b/a Harvey Sheet Metal, Inc. ("Harvey") and plaintiffs' amended motion for preliminary injunction (Dkt. Nos. 3, 4, 10).

During the course of this litigation, the Court conferred with counsel for plaintiffs and counsel for defendant International Association of Sheet Metal, Air, Rail, and Transportation Workers Local Union No. 36-L, AFL-CIO ("Union") regarding the possibility of consolidating the consideration of these motions for preliminary injunction with a trial on the merits pursuant to Federal Rule of Civil Procedure 65(a)(2) (Dkt. Nos. 24, 26).  The motions for preliminary injunction request that the Court prevent the Union from imposing another agreement via interest arbitration during the pendency of this litigation; the parties were scheduled to arbitrate before the National Joint Adjustment Board ("NJAB").  Currently pending before the Court in this action are cross motions for summary judgment (Dkt. Nos. 21, 27).  Most recently, counsel for plaintiffs and defendant informed the Court that they jointly requested a stay of the arbitration before the NJAB

pending final judgment in this case and that, if the Court denies all pending motions for summary judgment, the parties intend to agree that the hearing on the preliminary injunction may be consolidated with the final trial on the merits (Dkt. No. 26).

For these reasons, at this time, the Court denies as moot plaintiffs' motions for preliminary injunction and to shorten time to respond and amended motion for preliminary injunction (Dkt. Nos. 3, 4, 10).  If the Court denies all pending motions for summary judgment, plaintiffs may renew their request for preliminary injunctive relief prior to a trial on the merits.

It is so ordered this 30th day of March, 2021.

_____
Kristine G. Baker
United States District Judge