IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRAY SHEET METAL COMPANY;
EDWARDS METALS, INC.;
KETCHER & COMPANY, INC.; and
HSI, INC. D/B/A HARVEY SHEET METAL, INC.                    PLAINTIFFS

v.                      Case No. 4:20-cv-00695-KGB

INTERNATIONAL ASSOCIATION
OF SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS (SMART)
LOCAL UNION NO. 36-L, AFL-CIO                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, the Court enters a declaratory judgment that the interest arbitration provision in the parties' 2017 agreement imposed without the parties' consent by the National Joint Adjustment Board at interest arbitration is void *ab initio* as against public policy.

It is so adjudged this 26th day of May, 2021.

_____
Kristine G. Baker
United States District Judge